UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CARDELL NUNNERY

VERSUS

21ST CENTURY CENTENNIAL
INSURANCE COMPANY

CIVIL ACTION

18-447-SDD-EWD

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doom dated November 15, 2018, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Motion is DENIED, and this matter is referred for a scheduling conference.

Baton Rouge, Louisiana the 17 day of December, 2018.

SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 8.
[2] Rec. Doc. 13.